**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEAFOOD RESOURCES, LTD., a Rhode Island Corporation | : | |
| VS. | : | C.A. NO. 06- CA 06 36 T |
| SAMUEL BARRINGTON, ALIAS | : | |

**COMPLAINT**

**Parties and Jurisdiction**

1. The Plaintiff, Seafood Resources, Ltd., is a duly authorized corporation with its principal place of business located at 400 Massasoit Avenue, Suite 103, East Providence, Rhode Island.

2. The Defendant, Samuel Barrington, presently resides at 36 Pleasant Street, Marion, Massachusetts.

3. The Defendant has on numerous occasions done business with Seafood Resources, Ltd. in the State of Rhode Island, and has sufficient contacts with the State of Rhode Island and also has consented to the jurisdiction of this Court.

**COUNT ONE**

1. On or about July 10, 1997, the Plaintiff, at the request of the Defendant, loaned to Bahama Investments, LLC, a Rhode Island Limited Liability Company, the sum of One Million Two Hundred Thousand and 00/100 ($1,200,000.00) Dollars.

2. Bahama Investments, LLC on or about said date executed a promissory note for the amount of the loan payable to the Plaintiff, a copy whereof with the endorsement thereon

is hereto annexed and marked as Exhibit "A".

3. That in consideration of the loan for which the note was given, the Defendant at the time the loan was made and the note given, guaranteed the payment of the note and interest, which might become due on the note, and agreed to pay the Plaintiff the note and interest in the case of default in payment thereof by the maker of the note, to the extent of One Hundred Twelve Thousand Five Hundred and 00/100 ($112,500.00) Dollars. (A copy of the Limited Guaranty executed by the Defendant is annexed hereto and marked as Exhibit "B".)

4. That as additional security for payment of the Defendant's guaranty to Seafood Resources, Ltd., the Defendant granted the Plaintiff a security interest in all his rights to profits and other compensation as a member of Bahama Investments, LLC, up to and to the extent of One Hundred Twelve Thousand Five Hundred and 00/100 ($112,500.00) Dollars. (Annexed hereto and marked as Exhibit "C" is a copy of the aforesaid Security/Pledge Agreement.)

5. That default has been made by the original promissor, Bahama Investments, LLC, in payment of the before-mentioned note to Seafood Resources, Ltd., and there remains still unpaid a sum in excess of One Million and 00/100 ($1,000,000.00) Dollars, in accordance with the books and records of Seafood Resources, Ltd.

6. That the Defendant has on various occasions made promises to make payments on the before-mentioned Limited Guarantee, but as of this date has failed and refused to pay the amount now due and owing under the aforesaid Guarantee to Seafood Resources, Ltd.

**COUNT TWO**

7. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 6 as though fully stated herein.

8. That there are no justiciable issues of law or fact in this case.

9. That the Plaintiff is entitled to reasonable attorney's fees, pursuant to Rhode Island General Law 9-1-45.

WHEREFORE, the Plaintiff demands judgment in the amount of One Hundred Fifty Thousand and 00/100 ($150,000.00) Dollars, plus reasonable attorney's fees, pursuant to applicable statute, interest and costs plus statutory interest from March 1, 2003.

SEAFOOD RESOURCES, LTD.
By its Attorney,

DOUGLAS H. SMITH, ESQ. #2219
140 Reservoir Avenue
P.O. Box 27070
Providence, RI 02907
(401) 467-3590

Dated: January 23rd, 2006

DW/SEAFOOD1