EXHIBIT "A"

SECURED DEMAND PROMISSORY NOTE

$1,200,000.00 July 10th, 1997

FOR VALUE RECEIVED, BAHAMA INVESTMENTS, LLC, a Rhode Island Limited Liability Corporation (hereinafter referred to as "Bahama"), promises to pay to the order of Seafood Resources, Ltd., a Rhode Island corporation (hereinafter referred to as "Seafood"), ON DEMAND, the principal sum of One Million Two Hundred Thousand Dollars ($1,200,000), or if less, the aggregate unpaid principal amount of advances made by Seafood to Bahama, pursuant to a secured line of credit (hereinafter referred to as a "secured line"), together with interest at a rate equal to One and One Quarter percent (1 1/4%) over the prime rate which is defined as the prime rate published in the Wall Street Journal, to be effective at such times as communicated by Seafood to Bahama as being its prime rate in effect at that time. Interest shall be calculated on the basis of a three hundred sixty (360) day year counting the actual number of days elapsed. Both principal and interest are payable in lawful money of the United States of America at the office of Seafood in immediately available funds.

Notwithstanding any other terms or conditions hereof, in no event shall the amount paid or agreed to be paid to Seafood hereunder exceed the maximum permissible under applicable law. If, for any reason, fulfillment of any obligation of Bahama shall involve the exceeding of such maximum, then such obligation, automatically and without action or notice by Seafood, shall be reduced to such maximum valid amount and any amount received by Seafood in excess thereof shall be applied to the reduction of principal outstanding and not to interest.

This Note is the Note referred to in, and is entitled to the benefits of the secured line. Reference is made to the secured line for rights as to the repayment hereof and the acceleration of the maturity hereof. If this Note shall not be paid when due and shall be placed by the holder hereof in the hands of an attorney for collection, through legal proceedings or otherwise, Bahama will pay a reasonable attorney's fee to the holder hereof together with reasonable costs and expenses of collection.

Bahama and any co-makers, any endorser hereof or any other party hereto or any guarantor hereof (collectively "Obligers") and each of them: (I) waives presentment, demand, notice of demand, protest, notice of protest and notice of nonpayment and any other notice required to be given under the law to any of Obligers, in connection with the delivery, acceptance, performance, default or enforcement of this Note, of any endorsement or guaranty of this Note or of any document or instrument evidencing any security for payment of this Note and (ii) consents to any and all delays, extension, renewals or other modifications of this Note or waivers of any term hereof or release or discharge by Seafood of any of Obligers or release, substitution or exchange of any security for the payment hereof or the

failure to act on the part of Seafood or any indulgence shown by Seafood, from time to time and in one or more instances (without notice to or further assent from any of Obligers), and agrees that no such action, failure to act or failure to exercise any right or remedy, on the part of Seafood shall in any affect or impair the obligations of any Obligers or be construed as a waiver by Seafood of, or otherwise affect, any of Seafood's rights under this Note, under any endorsement or guaranty of this Note or under any document or instrument evidencing any security for payment of this Note.

This Note is delivered in and shall be construed under the laws of the State of Rhode Island, and in any litigation in connection with, or enforcement of, this Note or of any endorsement or guaranty of this Note or any security given for payment hereof, Obligers, and each of them, WAIVES TRIAL BY JURY AND CONSENTS TO AND CONFERS PERSONAL JURISDICTION ON COURTS OF THE STATE OF RHODE ISLAND OR OF THE FEDERAL GOVERNMENT, AND EXPRESSLY WAIVES ANY OBJECTIONS AS TO VENUE IN ANY OF SUCH COURTS, AND AGREES THAT SERVICE OF PROCESS MAY BE MADE ON OBLIGORS BY MAILING A COPY OF THE SUMMONS TO THEIR RESPECTIVE ADDRESSES.

Bahama authorizes Seafood to effect payment of sums due under this Note by means of setting off Bahama's account with Seafood.

This Note is secured by a Security Agreement dated even date.

WITNESS:

BAHAMA INVESTMENTS, LLC

By:____________________
MICHAEL J. BURKE, JR.
Operating Manager

WP5/BAHAMA

EXHIBIT "B"

LIMITED GUARANTY

The Undersigned, in consideration of Seafood Resources, Ltd. of 400 Massasoit Avenue, Suite 103, East Providence, Rhode Island (hereinafter referred to as the "Lender") having this day made, or from time to time hereafter making loans, advances or otherwise extending credit or other accommodations, whether financial or otherwise (the "Credit") to Bahama Investments, LLC of 400 Massasoit Avenue, Suite 103, East Providence, Rhode Island (hereinafter referred to as the "Borrower"), hereby unconditionally guarantees, only to the extent of One Hundred Twelve Thousand Five Hundred and 00/100 ($112,500.00) Dollars, to the Lender the prompt payment and/or performance of any and all amounts and/or obligations, without limitation, which are now due or which may hereafter become due to the Lender from the Borrower on account of or in connection with any such Credit, however and whenever made, including specifically but without limitation all sums that may become due under a certain Promissory Note dated July , 1997 (the "Note"), executed by the Borrower and delivered to the Lender, and the Security Agreement and any and all other loan documents executed in connection with such Credit (collectively the "Credit Documents"). This undertaking shall operate as a continuing, absolute and unlimited guaranty and shall remain in full force and effect until (the actual receipt by the Lender of a revocation hereof in writing executed by the Undersigned with the same formalities with which this Guaranty is executed, it being expressly agreed that any such revocation shall be effective only as to additional new loans or credits after the receipt thereof.) The liability of the Undersigned hereunder

is direct and unconditional and may be enforced without any suit or action against the Borrower or any other guarantor or endorsers, all of the Obligations guaranteed, whether such collection or enforcement be against the Undersigned or against the Borrower.

If there be more than one guarantor executing this Guaranty, their obligation hereunder shall be joint and several. In that case, the word "Undersigned", and any pronoun referring to them, shall be deemed to apply to each guarantor and the Lender shall be entitled to full recovery of the obligation of this Guaranty against each but shall retain only one satisfaction.

This instrument is intended to take effect as a sealed instrument and the validity and construction hereof shall be determined by the laws of the State of Rhode Island.

SAMUEL BARRINGTON

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on the day of July, 1997, before me personally appeared SAMUEL BARRINGTON, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed.

Notary Public

WPS/BAHAMA

EXHIBIT "C"

# PLEDGE AGREEMENT

This Agreement is made the day of July, 1997 between SAMUEL BARRINGTON (hereinafter referred to as the "Pledgor") and SEAFOOD RESOURCES, LTD. (hereinafter referred to as the "Corporation").

WHEREAS, the Corporation has agreed to extend credit to BAHAMA INVESTMENTS, LLC;

WHEREAS, SAMUEL BARRINGTON is obligated to the Corporation, pursuant to certain Guaranty (attached hereto as Exhibit "A"); and

WHEREAS, Pledgor, SAMUEL BARRINGTON, as an inducement and consideration of the Corporation continuing to extend credit to BAHAMA INVESTMENTS, LLC, pledges all his rights to profits and/or other compensation as a Member of BAHAMA INVESTMENTS, LLC. up and to the extent of One Hundred Twelve Thousand Five Hundred and 00/100 ($112,500.00) Dollars.

NOW THEREFORE, in consideration of the premises and the understandings contained hereto and for good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. As additional security for the payment of the obligation evidenced by and set forth in the original Guaranty to Seafood Resources, Ltd., Pledgor hereby grants a security interest in all his rights to profits and/or other compensation as a Member of BAHAMA INVESTMENTS, LLC. up and to the extent of One Hundred Twelve Thousand Five Hundred and 00/100 ($112,500.00) Dollars.

2. This agreement constitutes the entire understanding of the parties, and any further modification of this agreement shall only be in writing.

3. Each party shall, at any time and from time to time hereafter, take any and all steps and execute, and acknowledge and deliver to the other party any and all further instruments and assurances that the other party may reasonably require for the purpose of giving full force and effect to the provisions of this Agreement.

4. All rights hereunder shall inure to the benefit of the successors and assigns of Seafood Resources, Ltd.

______________________________
SAMUEL BARRINGTON

SEAFOOD RESOURCES, LTD.

By: ___________________________
EDWARD M. ADAMS, JR., PRESIDENT

STATE OF RHODE ISLAND
PROVIDENCE, SC.

In Providence on the day of July, 1997, before me personally appeared SAMUEL BARRINGTON, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed.

______________________________
Notary Public

STATE OF RHODE ISLAND
PROVIDENCE, SC.

In Providence on the day of July, 1997, before me personally appeared EDWARD M. ADAMS, JR. in his capacity as President of Seafood Resources, Ltd., to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed in the aforesaid capacity and the free act and deed of said Corporation.

______________________________
Notary Public

WP5/BAHAMA