**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEAFOOD RESOURCES, LTD., a Rhode Island Corporation | : | |
| VS. | : | C.A. NO. 06-36T |
| SAMUEL BARRINGTON, ALIAS | : | |

**PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT**

Now comes the Plaintiff in the above-entitled action, respectfully moves for Entry of the attached Judgment to the extent of Fifty-Six Thousand Eight Hundred Forty-Three and 58/100 ($56,843.58) Dollars, plus statutory interest from March 1, 2003.

The basis for this Motion, which is more fully explained in the attached affidavit, is that the Defendant entered into a Settlement Agreement and "Agreement for Judgment", by and through counsel, in that case entitled Seafood Resources, LTD v. Samuel Barrington, et al, C.A. No. 01-627-T. That pursuant to the terms of said Settlement Agreement, the Plaintiff is entitled to entry of the attached Judgment.

WHEREFORE, the Plaintiff respectfully prays that the Judgment proposed by the Plaintiff in the above be entered by the Court and for such other and further relief as this Honorable Court shall deem meet and just.

SEAFOOD RESOURCES, LTD
A Rhode Island Corporation
By its Attorney,

DOUGLAS H. SMITH, ESQ. #2119
140 Reservoir Avenue
Providence, RI 02907
(401) 467-3590

**CERTIFICATION**

I hereby certify that on the 31st day of January, 2006, I mailed a true copy of the above to Stephen J. Reid, Jr., Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island 02903.

______________________

DW/KF/SEAFOOD2