**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEAFOOD RESOURCES, LTD., a Rhode Island Corporation | : | |
| VS. | : | C.A. NO. 06-36T |
| SAMUEL BARRINGTON, ALIAS | : | |

**AFFIDAVIT IN SUPPORT OF ENTRY OF CONSENT JUDGMENT**

I, MICHAEL J. BURKE, JR., on oath depose and say as follows:

1. That I am the Treasurer and Vice-President of the Plaintiff and make this Affidavit in support of entry of Judgment against the Defendant in the above-captioned matter;

2. That on March 31, 2003, in that case entitled Seafood Resources, Ltd. v. Samuel Barrington, et al, C.A. No. 01-627-T, the Plaintiff and the Defendant entered into a Settlement Agreement that allowed the Defendant to settle Plaintiff's Complaint against him for a reduced amount, based upon Defendant's agreement to make specified payments to the Plaintiff. (Attached hereto and marked as Exhibit "A" is a copy of said Settlement Agreement.)

3. That Paragraph 6 of said Settlement Agreement further provides that if the Defendant defaulted on any of the payments provided in said specified payment schedule, then Plaintiff's attorney was authorized to file a previously executed "Agreement for Judgment" in a new civil action, that was to be filed by the Plaintiff against the Defendant. (Attached hereto and marked as Exhibit "B" is a copy of said "Agreement for Judgment".)

4. That according to the books and records of the Plaintiff as of January 11, 2006, the Defendant defaulted on the agreed payment schedule with the Plaintiff. (Attached hereto and

marked as Exhibit "C" is a record of Defendant's payments to the Plaintiff.)

5. That pursuant to Paragraph 7 of said Settlement Agreement, the Defendant currently owes the Plaintiff the sum of Fifty-Six Thousand Eight Hundred Forty-Three and 58/100 ($56,843.58) Dollars, plus statutory interest from March 1, 2003, and all reasonable attorney;s fees incurred in enforcing the Agreement for Judgment. (Attached hereto and marked as Exhibit "D" is the Plaintiff's itemization of the amount owed by the Defendant pursuant to the Settlement Agreement.)

WHEREFORE, the Plaintiff respectfully prays that judgment be entered for the Plaintiff against the Defendant to the extent of Fifty-Six Thousand Eight Hundred Forty-Three and 58/100 ($56,843.58) Dollars, plus statutory interest from March 1, 2003, without prejudice to Plaintiff's right to submit an application for attorney's fees in the above.

MICHAEL J. BURKE, JR.

Subscribed and sworn to before me in Providence, Rhode Island, on the 31st day of January, 2006.

Notary Public

DOUGLAS H SMITH
NOTARY PUBLIC
MY COMMISSION EXPIRES 6/30/09

DW/KF/SEAFOOD2