EXHIBIT "B"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**SEAFOOD RESOURCES, LTD.,**
**A RHODE ISLAND CORPORATION**
**Plaintiff**

**vs.** **C.A. No.**

**SAMUEL BARRINGTON**
**Defendant**

**AGREEMENT FOR JUDGMENT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, Seafood Resources, Ltd., a Rhode Island Corporation, and defendant, Samuel Barrington, that Judgment shall enter in favor of plaintiff, Seafood Resources, Ltd., a Rhode Island Corporation, against defendant, Samuel Barrington, in the principal amount of $140,843.58 (which is comprised of principal in the amount of $112,500.00 and prejudgment interest through and including February 28, 2003 in the amount of $28,343.58).

Seafood Resources, Ltd.,
A Rhode Island Corporation,

By its Attorney,

Douglas H. Smith #2219
140 Reservoir Avenue
Providence, RI 02907
(401) 467-3590
(401) 467-5111(fax)

Samuel Barrington

By his Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: