EXHIBIT "C"

# Sam Barrington (Settlement)

| Date Check Received | $ 112,500.- | Bal. Fwd. | $ 80,000.- | Bal. Fwd. | $ 52,000.- |
|---|---|---|---|---|---|
| 4/28/03 | - 2000.- | 6/5/04 | -1,000.- | 6/14/05 | -1,000.- |
| | 110,500.- | | 79,000.- | | 51,000.- |
| 6/2/03 | -1,000.- | 6/30/04 | -1,000.- | 7/8/05 | -1,000.- |
| | 109,500.- | | 78,000.- | | 50,000.- |
| 7/3/03 | -1,000.- | 7/27/04 | -1,000.- | 8/9/05 | -1,000.- |
| | 108,500.- | | 77,000.- | | 49,000.- |
| 8/5/03 | -1,000.- | 8/25/04 | -1,000.- | 9/2/05 | -1,000.- |
| | 107,500.- | | 76,000.- | | 48,000.- |
| 8/30/03 | -1,000.- | 9/25/04 | -1,000.- | 10/4/05 | -1,000.- |
| | 106,500.- | | 75,000.- | | 47,000.- |
| 10/1/03 | -1,000.- | 11/2/04 | -1,000.- | 11/8/05 | -1,000.- |
| | 105,500.- | | 74,000.- | | 46,000.- |
| 11/5/03 | -1,000.- | 12/27/04 | -17,000.- | 12/5/05 | -1,000.- |
| | 104,500.- | | 57,000.- | | 45,000.- |
| 12/9/03 | -20,500.- | 1/5/05 | -1,000.- For 2004 | 12/28/05 | -16,000.- |
| | 84,000.- | | 56,000.- | | 29,000.- |
| 1/29/04 | -1,000.- | 1/26/05 | -1,000.- | | |
| | 83,000.- | | 55,000.- | | |
| 3/5/04 | -1,000.- | 2/24/05 | -1,000.- | | |
| | 82,000.- | | 54,000.- | | |
| 3/29/04 | -1,000.- | 3/14/05 | -1,000.- | | |
| | 81,000.- | | 53,000.- | | |
| 5/4/04 | -1,000.- | 4/19/05 | -1,000.- | | |
| | 80,000.- FWD BAL. | | 52,000.- FWD BAL. | | |