**EXHIBIT "D"**

| | |
|---|---|
| Agreed Judgment amount | $140,843.58 |
| Payment made in 2003 | 28,500.00 |
| Payment made in 2004 | 28,000.00 |
| Payment made in 2005 | 27,000.00 |
| Balance Owed | $56,843.58 |