Sam Barrington
36 Pleasant Street
P.O. Box 782
Marion, MA 02738

Michael Burke and Ted Adams
Seafood Resources
400 Massasoit Ave.
E. Providence, RI 02914

Dear Mike and Ted,

I have enclosed a check for $1,000 to correct the shortage of my payment at the end of 2005. My mistake, I had made 12 $1,000 payments in 2005, and had deducted the $12,000 from the $28,000 owed to arrive at the $16,000 payment at the end of December 2005. I realize now that the first payment was for 2004 and I had failed to note that in my records.

As I said in my letter last spring when you questioned the timing of payments, my intention has been and is to make payments according to our agreement. I believe the payment record of the last three years bears this out. I apologize for the mistake, which a phone call from your office would have solved. I intend to make a final payment for the full balance owed at the end of March this year.

I will respond in court to your filing if necessary and fight the claim for additional payments but have no desire for you or me to spend additional money.

I can be reached on my cell at 781-953-4196. I have no interest in being adversarial on resolving this. I am happy to speak directly with you guys on this but if you prefer, Stephen Reid, who handled the case for me is at 401-831-8900, Blish and Cavanagh.

Best regards,

Sam Barrington