AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

State of Rhode Island District of Rhode Island

SEAFOOD RESOURCES, LTD., a Rhode Island Corporation

V.

SAMUEL BARRINGTON, ALIAS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06- 036 T

TO: (Name and address of Defendant)

Mr. Samuel Barrington
36 Pleasant Street
Marion, MA 02738

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas H. Smith, Esq.
140 Reservoir Avenue
Providence, RI 02907

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/10/06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] Motion for Entry of Consent Judgment & Attachments | DATE March 9, 2006 |
| NAME OF SERVER *(PRINT)* Timothy McGonigal | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): In accordance with the MRCP. By leaving true and attested copies thereof at his last and usual place of abode. Said service was made at #36 Pleasant Street, Marion, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $50.00 | ~~50.00~~ 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 9, 2006
Date

Timothy McGonigal
*Signature of Server*

357 Cambridge St., Cambridge, MA 02141
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 MAR 30 A 11:26

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.