**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEAFOOD RESOURCES, LTD.,

Plaintiff,

v. C.A. No. 06-36T

SAMUEL BARRINGTON,

Defendant.

**ORDER DENYING MOTION FOR ENTRY OF CONSENT JUDGMENT AND DISMISSING ACTION**

For the reasons stated in open court, Plaintiff Seafood Resources, Ltd. ("Seafood Resources")'s Motion for Entry of Consent Judgment is hereby DENIED and this action is hereby DISMISSED WITHOUT PREJUDICE. Defendant Samuel Barrington is hereby ordered to pay to Seafood Resources the amount of five hundred dollars ($500.00) for attorneys' fees it incurred in bringing the motion.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: April 18, 2006